# In the United States District Court for the Southern District of Georgia Brunswick Division

JOSIAH BENNETT,

    Plaintiff,

v.

J.R. O'ROURKE,

    Defendant.

2:25-cv-46

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Complaint based on filing beyond the applicable statute of limitations and the failure to set forth a viable 42 U.S.C. § 1983 claim for relief for his release from custody. Dkt. No. 8. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's Complaint, dkt. no. 1, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the

appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in form pauperis*.

**SO ORDERED**, this 15 day of December, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA